Slip Op. 10-6

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, : : : | |
| Plaintiffs, : | |
| v. : | |
| UNITED STATES, : | |
| Defendant, : | |
| and : | |
| IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., : : | |
| Defendant-Intervenor. : : | Consolidated Court No. 05-00616 |
| IÇDAS CELIK ENERJI TERSANE VE ULASIM SANAYI, A.S., : | |
| Plaintiff, : | |
| v. : | |
| UNITED STATES, : | |
| Defendant, : | |
| and : | |
| NUCOR CORPORATION, GERDAU AMERISTEEL CORPORATION, and COMMERCIAL METALS COMPANY, : : : | |
| Defendant-Intervenors. : | |

# **JUDGMENT**

This action having been duly submitted for decision; the Court, after due deliberation, having rendered decisions herein; and in the absence of any substantive comments in opposition to the Final Results of Redetermination Pursuant to Court Remand (filed November 9, 2009);

Now, therefore, in conformity with said decisions, it is hereby

ORDERED, ADJUDGED, and DECREED that the U.S. Department of Commerce's Final Results of Redetermination Pursuant to Court Remand be, and hereby are, sustained.

/s/ Delissa A. Ridgway
Delissa A. Ridgway, Judge

Dated: January 19, 2010
New York, New York